

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | NOREEN STACKHOUSE<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |
|---|---|---|

August 9, 2012

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Marlene Sankar v. City of New York, et al.</u>, 07 CV 4726 (RJD) (SMG)

Your Honor:

I respectfully write on behalf of plaintiff and City defendants to advise Your Honor that the above-referenced action has settled.  The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Noreen Stackhouse
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Mr. Anthony J. Colleluori, Esq. (By ECF)
Law Offices of Anthony J. Colleluori & Associates
*Attorney for Plaintiff*
68 South Service Road, Suite 100
Melville, New York 11747