UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARLENE SANKAR,

                      Plaintiff(s),                       **ORDER OF DISMISSAL**
                                                                          CV 07-4726(RJD)

     -v-

CITY OF NEW YORK, et al.,

             Defendant (s).
-------------------------------------------------------X
DEARIE, DISTRICT JUDGE.

      It having been reported to the Court by counsel that the above action has been settled,

      It is, on this___15TH_____day of __AUGUST 2012_____

      **ORDERED,** that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

      The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated:       Brooklyn, New York
                August 15, 2012

                                                    /s/ Raymond J. Dearie
                                                    _____
                                                      RAYMOND J. DEARIE
                                                     UNITED STATES DISTRICT JUDGE